# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID G. BERRY

NO.   2020 KW 0287

**MAY 1 2 2020**

In Re:   David G. Berry, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         246,738

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT